```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```

# TIFFANY & BOSCO
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: March 09, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03356

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-01439-SSC |
| Enrique Tinoco | Chapter 7 |
|       Debtor. | ORDER |
| Wells Fargo Bank, N.A. | |
|       Movant, | (Related to Docket #15) |
| vs. | |
| Enrique Tinoco, Debtor, Lothar Goernitz, Trustee. | |
|       Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 23, 2006 and recorded in the office of the

Yuma County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Enrique Tinoco has an interest in, further described as:

> PARCEL NO. 1
> The South 159 0 feet of the Northeast quarter of the Southeast quarter of the Southwest quarter of Section 30, Township 9 South, Range 22 West of the Gila and Salt River Base and Meridian, Yuma County, Arizona
>
> EXCEPT an undivided 1/16 of all oil, gases and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizer of every name and description; and
>
> EXCEPT all uranium, thorium, or any other material which is or may be determined by the laws of the State of Arizona, the United States of America, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Section 37-231 Arizona Revised Statutes
>
> PARCEL NO. 2
> Easement for ingress and egress over the East 50 feet of the Southeast quarter of the Southeast quarter of the Southwest quarter of Section 30, Township 9 South, Range 22 West of the Gila and Salt River Base and Meridian, Yuma County, Arizona, as created in Docket 1461, page 966, records of Yuma County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.